UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARGARET M. CARNAGUA, MILDRED B. SCHMIDT, HOWARD E. HUBER, and DONALD K. ROYER, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>vs.<br><br>LINK-BELT COMPANY, FMC CORP., and PT COMPONENTS, INC.,<br>    Defendants. | 1:04-cv-1566-LJM-JMS |

## ENTRY OF JUDGMENT

Through an order dated September 28, 2007, this Court granted summary judgment in favor of defendants, Link-Belt Company, FMC Corp. and PT Components, Inc., on all of plaintiffs', Margaret M. Carnagua, Mildred B. Schmidt, Howard E. Huber, and Donald K. Royer, claims against them. Plaintiffs shall take nothing by way of their complaint. Judgment is entered accordingly.

DATED this 28th day of September, 2007.

_____
LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Electronically distributed to:

Gary J. Dankert
ICE MILLER LLP
gary.dankert@icemiller.com

Marcia Denise Pintzuk
FMC CORPORATION
marcia_pintzuk@fmc.com

Nora L. Macey
MACEY SWANSON AND ALLMAN
nmacey@maceylaw.com

Ryan McCabe Poor
ICE MILLER LLP
poor@icemiller.com

Raymond W. Martin
WHEELER TRIGG KENNEDY LLP
martin@wtklaw.com

Richard J. Swanson
MACEY SWANSON AND ALLMAN
rswanson@maceylaw.com

Scott D. Matthews
ICE MILLER LLP
scott.matthews@icemiller.com

David L. Swider
BOSE MCKINNEY & EVANS, LLP
dswider@boselaw.com

Andrew M. McNeil
BOSE MCKINNEY & EVANS, LLP
amcneil@boselaw.com

George V. Trumbull
FMC CORPORATION
gvtrumbull@att.net

Byron L. Myers
ICE MILLER LLP
byron.myers@icemiller.com